## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BETH ANN HOLDERMAN, | : No. 703 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| COURT OF COMMON PLEAS OF | : |
| LEHIGH COUNTY, OFFICE OF THE | : |
| LEHIGH COUNTY DISTRICT | : |
| ATTORNEY, DEPARTMENT OF | : |
| DOMESTIC RELATIONS SECTION, | : |
| LEHIGH COUNTY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.